# UNITED STATES DISTRICT COURT
# Southern DISTRICT OF TEXAS
# Houston DIVISON

| | |
|---|---|
| Mark Douglas Adams | DECLARATION |
| TDCJ-CID #1509320 | OF MARK DOUGLAS ADAMS |
| Plaintiff | |
| Vs. | Civil Action |
| Keri Blankroser, ET AL., | NO. _____ |
| Defendants | Demand Trail By Jury |

Mark Douglas Adams declares:

I have been incarcerated at Michael Unit since March 4th, 2019. Since March of 2019 I have been housed in 12-Building, A-19, A-17, B-2, B-32, C-43, C-63, D-1, D-74 and E-71. Which all of which except for A-19, B-32 and C-63 have been Red Tagged cells. Meaning they had problems with running water, cell lights or Electricity. Which is all due to having Filed Grievances and a Federal Law Suite Case # 6:19CV565 in the Eastern District of Texas, Tyler Division. If this is not Harrassment and Retailiation I do not know what is. Also, I have two Writ of Habeas Corpus Filed in Texas Court of Criminal Appeals over 6th, 8th and 14th United States Constitutional Amendment Violations due to Never Having my Miranda Warning Read Initialed or Signed by me. I have asked if one is found to have a Federal Burial of Investigation Handwriting Annalisus Done. But the Travis County Case # D-1-DC-08-201711-A was Dennied without written order, I have since Appealed to the Texas Suprem Court and Filed a State Commission on Judicial Conduct along with a State Bar Chief Disciplinary Officer Complaint.

Due to the Attorney Trudy Strassburger not Notifying me of what Judge Dennied without written Order in the Court of Criminal Appeals of Texas. Not allowing me to know how to Appeal to the Supreme Court of Texas. Seeing as all this can only be a Full Reversal and Dissmissal with Prejudice due to Double Jepordy.

On March 10th, 2020 I wrote Letters to both the Houston Chronicle and Austin American Statesman Newspapers. Asking for the Editors to look into the Federal Case #6:19CV565 and both Travis County, Texas Case #D-1-DC-08-201711-A and Coryell County, Texas Case #CCC-19-23064.4 which are Writs of Habeas Corpus dealing with Miranda Warnings Never being Read, Initialed or Signed in any of the Texas Criminal Cases. Then on April 1st, 2020 the Letter I sent to the Houston Chronicle from the United States District Court, Southern District of Texas, Houston Divison stamped Filed by the Court Clerk and stateing no Case # matching on the Dockett when I said in the letter Tyler Divison and Case #6:19CV565. This case has been Live since November 20th, 2019 under Jeremy D. Kernodle District Judge and K. Nicole Mitchell Magistrate Judge. Then on April 2nd, 2020 I sent the same Letter back to the Houston Chronicle and had it Returned to Sender on April 9th, 2020. SO, on April 13th, 2020 I sent this Letter with the Magistrate Judge Referal of K. Nicole Mitchell in Case #6:19CV565 to the Austin American Statesman asking once again for any type of response. There is no Gag Order in the Civil Action No. 6:19CV565 so this only leads me to believe that there has to be some sort of Political influence takeing place to keep my story from being heard exspecialy since I Signed all of these Letters and Information by Declareing "Sworn to Under Penalty of Perjury." and haveing Not only Louis Gohmert U.S. Congressman but Ken Paxton Texas State Attorney General along with

Anderson County District Attorney Allyson A. Mitchell, Travis County District Attorney Margaret Moore, Coryell County District Attorney Dusty Boyd all listed as Defendants in United States District Court, Eastern District of Texas, Tyler Division Civil Action No. 6:19CV565. Which is like since November 20th, 2019.

So, by all these actions by the Houston Chronicle, Austin American Statesman not contacting me for further information or questions and the Southern District of Texas, United States District Court, Houston Division returning my letter stamped filed by the Court Clerk. I can only be lead to believe that there is Political Influence and Pressure being Applied due to this being a Election Year and a Presidential Election Year to be exact. With all the aforesaid mentioned Elected Officials listed as Defendants in the same United States District Court, Eastern District of Texas, Tyler Division Civil Action No. 6:19CV565 having to do with the Ayrian Brotherhood of Texas 3 General and 5 General Sides both having a Contract Hit on me and all my loved ones and Louis Gohmert taking Campaign Contributions from Ayrian Brotherhood of Texas Member Jeffrey D. Westbrook's Savings and Loan Company in Cherokee County Texas through Attorney Larry Sinclare. This is only partial ownership of Savings and Loan. Plus a Denial without written order of a Writ of Habeas Corpus in Travis County Case # D-1-DC-08-201711-A that is over United States Constitutional Violations of 6th, 8th and 14th Amendments Lead to believe in Political Influence.

I declare under Penalty of Perjury that the foregoing is true and correct. Executed at Tennessee Colony, Texas on April 25th, 2020.

Mark Douglas Adams        Mark Douglas Adams
                          # 1509320